United States District Court
Northern District of California

1
2
3
4                          **UNITED STATES DISTRICT COURT**
5                          **NORTHERN DISTRICT OF CALIFORNIA**
6
7
8
9   **ADVANCED SERIES TRUST *et al.*,**          **Case No.: 25-4683 YGR**

10          **Plaintiffs,**                       **ORDER OF REFERRAL TO DETERMINE**
                                                  **WHETHER CASES ARE RELATED**
11          **vs.**

12  **DOCUSIGN *et al.*,**

13          **Defendants.**

14

15          Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Vince

16  Chhabria *sua sponte* to consider whether it is related to *Weston v. DocuSign*, 3:22-cv-00824.

17          **IT IS SO ORDERED.**

18  **Date:**  July 14, 2025

19                                                **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT COURT JUDGE**
20
21
22
23
24
25
26
27
28